JACOB GOLDMAN, Respondent, v. JACOB SHUB, Appellant, Impleaded with Another, Defendant.— We do not ·view the proceedings at Special Term for Trials as a trial of the action, and, therefore, are of the opinion that the order denying the motion to open the default for want of power was erroneous. We, therefore, reverse the order upon the law, without costs, and grant the motion to open the default on condition that within five days after service of copy of order hereon, with notice of entry thereof, the appellant pay the sum of $250, and at the same time stipulate to set the cause down on the day calendar of the Special Term for Trials for the third Monday of May, 1924; and in the event of non-compliance with those terms, the motion is denied, and the order appealed from affirmed, with ten dollars costs and disbursements. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

WILLIAM GOODMAN and Another, Respondents, v. MORRIS B. EVENS, Appellant.— Judgment reversed upon the law and the facts, and judgment unanimously directed in favor of the defendant, dismissing the complaint, with costs, upon authority of *Blank* v. *Evens* (237 N. Y. 558). Findings of fact and conclusions of law contrary to this decision are reversed, and new findings made in accordance herewith. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur. Settle findings and order on notice.

In the Matter of the Application of THE CITY OF NEW YORK, Acting by and through the Commissioner of Docks, etc. (Staten Island Proceeding.) FRANK C. MEBANE, as Receiver of SYMES FOUNDATION, INC., and Another, Appellants.— Judgment unanimously affirmed, with costs. We hold that the grant to Lancaster Symes does not extend beyond the line of high-water mark on Staten Island. Present — Rich, Jaycox, Manning, Kelby and Young, JJ.

In the Matter of the Petition of FRIEDA HINSCH and Another to Render and Settle Their Account as Executors, etc., of LOUISE DIEHL, Late of the County of Kings, Deceased.— Decree of the Surrogate's Court of Kings county affirmed, with costs to the respondent payable out of the estate. No opinion. Rich, Jaycox, Manning and Kapper, JJ., concur; Kelby, J., dissents on the ground that the proof adduced is not sufficient to support a contract against the estate to leave by will the sum of $25,000 to the claimant.

HELEN KASZONYI, Respondent, v. ALEXANDER KASZONYI, Appellant.— Order affirmed, without costs. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

MARTIN KATZ, Respondent, v. FELLS, LENT & CANTOR, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

ELLA NEUMAIER, Appellant, v. JAMES H. GALLOWAY, Respondent.— Order reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Jaycox, Manning, Kelby and Young, JJ., concur; Kapper, J., dissents on the ground that the examination should be refused for failure of the complaint to state a cause of action.

THE NEW IDEA SPREADER COMPANY, Appellant, v. E. DARWIN MORSE and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.